Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Santiago Reyna

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 15-320 HSG (KAW) |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING |
| SANTIAGO REYNA, | |
| Defendant | |

The parties hereby stipulate and agree that the Bond Hearing, currently set for October 17, 2016, be continued two days to October 19, 2016 at 9:30 a.m.  Undersigned defense counsel is unavailable and scheduled to be out of the state on that day.

//

SO STIPULATED:

Dated: October 13, 2016                             _____/s/_____
                                                    Adam Pennella
                                                    Counsel for Santiago Reyna


Dated: October 13, 2016

                                                    BRIAN STRETCH
                                                    UNITED STATES ATTORNEY


                                                    _____/s/_____
                                                    Colin Sampson
                                                    Assistant United States Attorney




SO ORDERED:

Dated: 10/14/16                                     _____
                                                    Honorable Kandis A. Westmore
                                                    United States Magistrate Judge